J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
384 East 720 South #201
Orem, Utah 84058
(801) 426-4700

\* \* \* \* \* \* \*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

\* \* \* \* \* \* \*

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 09-22887 RKM |
| CHRISTOPHER LEE HOWARD ) | Chapter 7 |
| ERIN JOY HAMILTON ) | |
| ) | TRUSTEE'S NOTICE OF INTENT |
| Debtor(s) ) | TO SELL WATER SHARES;; |
| ) | NOTICE OF HEARING |
| ) | |
| ) | |

\* \* \* \* \* \* \*

        NOTICE is hereby given that J. Kevin Bird, Trustee appointed for the above-captioned estate, intends and has requested the Court for approval to sell non-exempt property of the estate consisting of 60.00 shares of Class A Huntington Cleveland Irrigation Company water stock, ("the Property").  The Trustee's Motion for Authority to Sell Property of the Estate Free and Clear of Liens and Encumbrances has been filed with the Court and is available for inspection during regular business hours.

        The Trustee has received an offer from Angie and Cody Jensen to purchase the property for an amount of $12,000.  You are hereby notified that the Trustee intends to sell the Property as set forth above, subject to better and higher offers received at or before the hearing for authorization of the sale.

The Property shall be sold free and clear of liens, interests and encumbrances which liens, interests and encumbrances shall attach to the proceeds of sale, less the costs and expenses of sale, including when incurred, the costs and expenses of insurance, closing costs, appraisals, commissions and Trustee's commission which may be paid by the Trustee at closing.  Upon closing, the Trustee may also disburse proceeds to lien claimants with undisputed, liquidated and allowed claims in their respective priorities.  The property is to be sold without warranty or representation and as is.  The purchasers are considered to have inspected the property and know of its condition and use.  Interested purchasers may contact J. Kevin Bird at the above noted address and telephone number to obtain additional information regarding the property or this sale.

In the event the Purchaser fails to perform, any amount paid shall be forfeited and the sale of the Property shall go to the next highest and best offer.  Offerors shall be liable to the estate for any losses or damages arising from their failure to perform, including reasonable costs, expenses and attorney's fees arising from enforcement of the liability.  The Trustee reserves the right to alter and modify these terms and conditions.

In his motion, the trustee has also requested allowance of a real estate commission in the amount of six percent (6%) of the sales price to be paid to the trustee's real estate agent, Pauline Webber, of Mountain Land Realty, upon the closing of the sale.

NOTICE is further given that a hearing regarding this sale and motion for approval shall come on before the HONORABLE R. KIMBALL MOSIER, United States Bankruptcy Judge on the   15th   day of   September  , 2010 at   10:30 am   , in Room 369, U.S. Courthouse, 350 South Main Street, Salt Lake City, Utah  84101.  Any and all objections must be filed with the Court and served upon the Trustee no later than September 9, 2010.  If no objections are timely filed, the scheduled hearing may be stricken from the Court's calendar and the relief requested  granted without a hearing actually being  held by the Court.

DATED the   12th   day of   August   , 2010.

                                      BIRD & FUGAL

                                      By  /s/ J. Kevin Bird
                                        J. Kevin Bird
                                        Attorneys for the Trustee

5/18/09

## HUNTINGTON CLEVELAND IRRIGATION COMPANY
71 NORTH MAIN
P.O. Box 327
HUNTINGTON, UTAH   84528
PHONE (435) 687-2505 FAX (435) 687-5269
Email: hcic_@etv.net

To Whom It May Concern:

According to our records there are currently 60.00 shares of "Class A" Huntington Cleveland Irrigation Company water stock in Chris Howard's name.

Signed: _Rodney W. Holdaway_
Rodney W. Holdaway- HCIC Secretary

EXHIBIT A

